**Order entered October 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01518-CV

### CUDD PRESSURE CONTROL, INC., ET AL., Appellants

### V.

### EXCO RESOURCES, INC., ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-06427

## ORDER

We **REINSTATE** this appeal.

By order dated January 18, 2018, the Court abated this appeal due to the bankruptcy filing by appellees. *See* TEX. R. APP. P. 8.2. Before the Court is appellees' September 27, 2019 motion to reinstate the appeal as the bankruptcy proceeding has been resolved. Accordingly, we **GRANT** the motion. This appeal will be submitted in due course.

/s/    ERIN A. NOWELL
        JUSTICE